# Court of Appeals
# of the State of Georgia

ATLANTA, January 24, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0917. AKENO REID v. SHANDI SUTTON.

In this legitimation action, Akeno Reid filed a notice of appeal from the trial court's incarceration order, which held him in contempt for failure to pay child support and ordered him incarcerated until he purged the contempt. We, however, lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases," including orders "holding or declining to hold persons in contempt" of such orders, must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). Here, to challenge the incarceration order, Reid was required to file an application for discretionary appeal pursuant to OCGA § 5-6-35 (a) (2). See *Norman v. Ault*, 287 Ga. 324, 330-331 (6) (695 SE2d 633) (2010); *Russo v. Manning*, 252 Ga. 155, 155-156 (312 SE2d 319) (1984). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Because Reid failed to file an application for discretionary appeal, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/24/2025

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*